**McGuireWoods LLP**
201 North Tryon Street
P.O. Box 31247 (28231)
Charlotte, NC 28202
Phone: 704.343.2000
Fax: 704.343.2300
www.mcguirewoods.com

irving m. brenner
Direct: 704.343.2075

**McGuireWoods**

ibrenner@mcguirewoods.com
Direct Fax: 704.444.8710

RECEIVED
2012 DEC -5 PM 4:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

December 4, 2012

<u>Via Federal Express</u>

*Clerk of Court*
*U.S. District Court*
*450 Golden Gate Ave.*
*San Francisco, CA 94102-3489*

Re:   *Securities and Exchange Commission v. Rex Ventures Group, LLC d/b/a ZeekRewards.com and Paul Burks*, (Civil Action No. 3:12 cv 519, W.D.N.C.)

Dear Clerk of Court:

    Pursuant to 28 U.S.C. § 754, we enclose for filing an original and one copy of a NOTICE OF FILING OF COMPLAINT AND ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. §754 along with the accompanying exhibits. We are including a check to the Clerk of Court for the $46.00 filing fee. Also enclosed please find a self-addressed FedEx envelope in which to return a file stamped copy to us.

    Thank you in advance for your assistance. Please call our paralegal, Angie Bowen, at 704.343.2134 immediately with any questions or concerns, so that we may comply with the Court's deadline for filing.

Sincerely,

McGUIREWOODS LLP

/s/Irving M. Brenner

Irving M. Brenner

IMB/acb

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington